JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHN BAZEMORE, JR., <br><br> Plaintiff, <br><br> v. <br><br> CYNTHIA ENTZEL, et al., <br><br> Defendants. | Case No. ED CV 17-736-MWF (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: March 13, 2018

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE